Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue
10th Floor
New York, New York 10169
(212) 551-1445



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

07 CIV 4698

TECON OIL SERVICES LIMITED,

                 Plaintiff,

  -against-

BAYERISCHE HYPO- UND VEREINSBANK;
OLUWOLE OGBONYOMI; APF CAPITAL
MANAGEMENT, LLC; ASSET PLUS
FINANCE LLC; HARRY SCHARPING; and
HAGAMA VERTRIEB GMBH,

                 Defendants.
-------------------------------------------------------- X

Civil Action No. _____

**RULE 7.1 DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bayerische Hypo- und Vereinsbank AG does hereby respectfully submit this disclosure statement, stating that Defendant Bayerische Hypo- und Vereinsbank AG has no parent corporation, and that the following publicly-held foreign corporation owns more than 10% of the stock of Bayerische

1

Hypo- und Vereinsbank AG:  UniCredito Italiano S.p.A.

Dated: June 4, 2007
      New York, New York

                                    NIEHAUS LLP

                                    Paul R. Niehaus (PN-3994)
                                    Niehaus LLP
                                    230 Park Avenue
                                    10th Floor
                                    New York, NY  10169
                                    Tel. (212) 551-1445
                                    Fax (212) 624-0223
                                    *Attorneys for Defendant*
                                    *Bayerische Hypo- und Vereinsbank AG*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing RULE 7.1 DISCLOSURE STATEMENT on all parties by depositing same in the United States Mail, in a properly addressed envelope with sufficient postage affixed thereto to insure delivery to the following:

>Ismail T. Shahtakhtinski, Esq.
>Martins I. Imudia & Associates, APLC
>3201 Danny Park
>Metairie, Louisiana 70002

This 4th day of June, 2007.

_____
Paul R. Niehaus